UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEFFREY GOLDHOFF,**

    **Plaintiff,**

**v.**                                                    Case No: 5:22-cv-324-PRL

**MAXENE SAUNDERS,**

    **Defendant.**

### ORDER

Upon consideration of the Suggestion of Bankruptcy (Doc. 41) filed on December 14, 2023, it is

**ORDERED** and **ADJUDGED** that:

1. Pursuant to the provisions of 11 U.S.C. § 362, all proceedings in this case are automatically STAYED.

2. The parties are advised that, because this case is in a post-judgment posture, it is already administratively closed and shall remain closed.

3. Because this case is in a post-judgment posture, the Court will waive the usual requirement that the Plaintiff file and serve a status report regarding the bankruptcy proceedings every three months. However, the parties are advised that if circumstances so require, they must affirmatively file a motion in this case to lift the automatic stay pursuant to 11 U.S.C. § 362.

- 2 -

4.     Absent an appropriate motion, this case will remain closed, and all proceedings will remain stayed indefinitely.

**DONE** and **ORDERED** in Ocala, Florida on December 22, 2023.

*[Signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties