UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY GOLDHOFF,

    Plaintiff,

v.                                                                                                    Case No: 5:22-cv-324-PRL

MAXENE SAUNDERS,

    Defendant.
_____

## ORDER

This post-judgment case is before the Court on proceedings arising from Plaintiff's efforts to satisfy the judgment. Upon notification by the Clerk and United States Marshal, the United States Marshal completed execution of the ex parte writ of replevin and ex parte break order (Docs. 55 & 56) related to cash and valuables located in a safe in Defendant's home. The United States Marshal and Clerk report that $88,480.00 in cash was recovered and the funds were delivered to the Clerk. The Clerk reports that the cash has been inventoried and is being held for safekeeping.

Accordingly, upon due consideration, the Clerk is directed to deposit the cash funds recovered ($88,480.00) in the Court's registry pending further order by the Court.

**DONE** and **ORDERED** in Ocala, Florida on February 28, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties