UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEFFREY GOLDHOFF,**

   **Plaintiff,**

**v.**                                                           **Case No: 5:22-cv-324-PRL**

**MAXENE SAUNDERS,**

   **Defendant.**

ORDER

This post-judgment consent case is before the Court for consideration of the parties'
joint and agreed motion for disbursement from the Court's registry and the parties' joint notice
of settlement. (Docs. 66 & 67).

On behalf of both of the parties, Plaintiff recites that the parties "have reached a global
settlement of all matters including the Judgment, and all post-judgment proceedings." (Doc.
66 at 2). Plaintiff further recites that the parties' agreement is conditioned upon the release of
the $88,480[1] currently being held in the Court's registry to Plaintiff, c/o Breuer Law, PLLC
IOLTA Account, and a separate payment being made by or on behalf of Defendant to
Plaintiff, c/o Breuer Law, PLLC IOLTA Account, of $170,000, with the latter of these
payments being made on or before March 8, 2024. (Doc. 66 at 2).

Plaintiff states that once the conditions have been satisfied, he will file a notice of
satisfaction of judgment, and the parties will file a joint motion to vacate the notice to appear

---

[1] The funds being held in the Court's registry in the amount of $88,480 reflect cash recovered
by the United States Marshal as a result of execution of the writ of replevin. (Doc. 60).

directed to Neil Saunders, to terminate the proceedings supplementary, and to conclude this litigation. (Doc. 66 at 2-3). Plaintiff also states that there should be no fees or charges against the funds in the Court's registry, as all fees due to the United States Marshal and Clerk have been paid.

Accordingly, upon due consideration, it is ordered that:

1.  The parties' joint and agreed motion for disbursement from Court registry (Doc. 60) is **GRANTED**.

2.  Pursuant to Local Rule 7.03, the Clerk is **DIRECTED** to disburse the funds held in the Court's registry in the amount of $88,480 payable to "Jeffrey Goldhoff c/o Breuer Law IOLTA Account," and mailed to Breuer Law, PLLC, 6501 Congress Ave., Ste. 240, Boca Raton, FL 33487.

3.  In accordance with the agreement of the parties, no accumulated interest shall be paid or disbursed.

4.  Upon notification of the parties' agreement to settle this action and pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to terminate any pending motions as moot. The Clerk is directed to close the case.

5.  The Clerk is DIRECTED to take all steps necessary to place any prior docket entries filed as ex parte on the public docket.

**DONE** and **ORDERED** in Ocala, Florida on March 18, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties